IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

KENNETH J LAFAYETTE, II,                      *

           Plaintiff,                          *

v.                                                          Case No. 4:25-cv-00080-AGH

                                                   *

COMMISSIONER OF SOCIAL SECURITY,

                                                   *

           Defendant.

_____          *

**J U D G M E N T**

Pursuant to this Court's Order dated March 23, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 24th day of March, 2026.

                         David W. Bunt, Clerk

                         s/ Elizabeth S. Long, Deputy Clerk